UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD M. HARPER, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, and TANYA F. OTSUKA, in her personal capacity and in her official capacity as a Member of the National Credit Union Administration Board,<br><br>                Plaintiffs,<br><br>-against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, LARRY FAZIO, in his official capacity as Executive Director of the National Credit Union Administration, KYLE S. HAUPTMAN, in his official capacity as Chairman of the National Credit Union Administration Board, TRENT MORSE, in his official capacity as Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>                Defendants. | Civil Action No. 1:25-cv-01294-AHA |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND JUDGMENT ON THE MERITS

Plaintiffs Todd M. Harper and Tanya F. Otsuka respectfully move for the entry of a preliminary injunction and a judgment on the merits under Federal Rule of Civil Procedure 65(a)(2). The National Credit Union Administration Board is scheduled to hold a meeting on May 22, 2025, at 10:00 a.m. ET, without Plaintiffs, who remain Members of the Board under federal law but were unlawfully and purportedly terminated, thus leaving the Board without a

1

lawful quorum. Plaintiffs respectfully request expedited relief to resume their statutory duties and to restore the Board's ability to conduct business as Congress intended. For the reasons stated in the accompanying memorandum, Plaintiffs' motion should be granted on an expedited basis, and the Court should enter judgment on the merits in favor of Plaintiffs. Should the Court not issue its merits decision before the NCUA Board's next meeting on May 22, 2025, Plaintiffs respectfully request a preliminary injunction before that date. A proposed order is attached.

Respectfully submitted,

Dated:   April 29, 2025
         New York, New York

/s/ *Vincent Levy*
Vincent Levy (NY0487)
Denis D. Metin (*Admission forthcoming*)
Christopher M. Kim (*Admission forthcoming*)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151
vlevy@hsgllp.com

*Attorneys for Plaintiffs*