UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD M. HARPER, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, and TANYA F. OTSUKA, in her personal capacity and in her official capacity as a Member of the National Credit Union Administration Board,<br><br>                       Plaintiffs,<br><br>                -against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, LARRY FAZIO, in his official capacity as Executive Director of the National Credit Union Administration, KYLE S. HAUPTMAN, in his official capacity as Chairman of the National Credit Union Administration Board, TRENT MORSE, in his official capacity as Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>                       Defendants. | Civil Action No. 1:25-cv-01294-AHA |

**PLAINTIFFS' STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Local Rule 7(h), Plaintiffs hereby submit this Statement of Material Facts Not in Dispute in conjunction with their motion for preliminary injunction and judgment on the merits.

1. In February 2019, President Donald J. Trump nominated Plaintiff Todd M. Harper to be a Member of the National Credit Union Administration Board. Harper Decl. ¶ 1.

2. On March 14, 2019, the Senate confirmed Mr. Harper to serve the remainder of a partial term, and he was sworn in on April 8, 2019. *Id.* ¶ 2; *Harper Sworn in as NCUA Board*

1

*Member*, NAT'L CREDIT UNION ADMIN. (Apr. 8, 2019), https://ncua.gov/newsroom/press-release/2019/harper-sworn-ncua-board-member.

3. In January 2021, President Joseph R. Biden designated Mr. Harper as the NCUA's Chairman, a position he held until January 20, 2025. Harper Decl. ¶ 3.

4. In August 2021, Mr. Harper was renominated by President Biden for a full term on the Board. The Senate confirmed his nomination on June 8, 2022, and he was sworn in on July 11, 2022. *Id.* ¶ 4; *Senate Confirms Harper to Full Term on the NCUA Board*, NAT'L CREDIT UNION ADMIN. (June 8, 2022), https://ncua.gov/newsroom/press-release/2022/senate-confirms-harper-full-term-ncua-board.

5. Mr. Harper's current term extends through April 10, 2027. Harper Decl. ¶ 4.

6. In September 2023, President Biden nominated Plaintiff Tanya F. Otsuka to be a Member of the National Credit Union Administration Board. Otsuka Decl. ¶ 1.

7. The Senate confirmed her nomination on December 20, 2023, and she was sworn in on January 8, 2024. *Id.* ¶ 2; *Otsuka Sworn In as 25th NCUA Board Member*, NAT'L CREDIT UNION ADMIN. (Jan. 8, 2024), https://ncua.gov/newsroom/press-release/2024/otsuka-sworn-25th-ncua-board-member.

8. Ms. Otsuka's term runs through August 2, 2029. Otsuka Decl. ¶ 2.

9. On April 15, 2025, Mr. Harper received word that the President had decided to terminate his employment, but he did not receive himself any correspondence terminating his employment. Harper Decl. ¶ 10.

10. Mr. Harper's access to his NCUA email account was discontinued, and after requesting a copy of any correspondence supposedly terminating his employment, he received a forward of an email addressed to him but at the wrong email address. *Id.* ¶ 11.

11.      That email was sent on April 15, 2025, at 7:00 p.m., by Trent Morse, Deputy Assistant to the President and the Deputy Director of the White House Presidential Personnel Office, stating in full: "On behalf of President Donald J. Trump, I am writing to inform you that your position on the National Credit Union Administration is terminated, effective immediately. Thank you for your service." Harper Decl. Ex. A.

12.      On April 15, 2025, at 7:01 p.m., Mr. Morse sent an identically worded email to Ms. Otsuka (received at 7:03 p.m.) stating in full: "On behalf of President Donald J. Trump, I am writing to inform you that your position on the National Credit Union Administration is terminated, effective immediately. Thank you for your service." Otsuka Decl. Ex. A.

13.      Neither email identified any cause nor offered any explanation for Plaintiffs' purported termination. Harper Decl. ¶ 12; Otsuka Decl. ¶ 7.

14.      Neither the President nor anyone else on his behalf has informed Plaintiffs in any way that they have neglected their duty or engaged in any malfeasance warranting their removal. Harper Decl. ¶ 13; Otsuka Decl. ¶ 8.

15.      Plaintiffs were not given either advance notice or a hearing concerning the reasons for their removal. Harper Decl. ¶ 14; Otsuka Decl. ¶ 9.

16.      The President terminated both Democratic members of the Board but did not terminate defendant Kyle S. Hauptman, the sole Republican member and Chair of the Board. *See* Harper Decl. ¶ 9; Otsuka Decl. ¶ 5.

17.      On April 18, 2025, the NCUA sent a message to all its employees, which stated in part: "On April 17, the NCUA received confirmation that President Donald J. Trump terminated the positions of Todd Harper and Tanya Otsuka. Please be aware that Todd, Tanya, and their staff are no longer employed with the agency. We thank them for their service." Harper Decl. ¶ 15;

Otsuka Decl. ¶ 10; *NCUA Releases Staff Message on the Current NCUA Board*, NAT'L CREDIT UNION ADMIN. (Apr. 18, 2025), https://ncua.gov/newsroom/press-release/2025/ncua-releases-staff-message-current-ncua-board.

18. Since April 15, Plaintiffs have been denied access to their files and their staff members have all been dismissed, placed on administrative leave, or separated. Harper Decl. ¶ 16; Otsuka Decl. ¶ 11.

19. Plaintiffs have been removed from the NCUA Website as active Board Members, and the NCUA's organizational chart indicates that there are two vacancies on the Board. *See Leadership*, NAT'L CREDIT UNION ADMIN., https://ncua.gov/about/leadership; *Organizational Chart*, NAT'L CREDIT UNION ADMIN., https://ncua.gov/files/publications/org-chart-download.pdf.

20. The NCUA Board is scheduled to hold a meeting on Thursday, May 22, 2025, at 10:00 a.m. ET, without the participation of Plaintiffs. *NCUA Board to Hold Meeting on May 22*, NAT'L CREDIT UNION ADMIN. (Apr. 25, 2025), https://ncua.gov/newsroom/press-release/2025/ncua-board-hold-meeting-may-22.

21. Plaintiffs' purported termination has left the NCUA Board without a lawful quorum.

22. As a result of these actions, Plaintiffs have been unable to fulfill their duties as duly appointed Board Members, with years remaining in their terms of service. Harper Decl. ¶ 18; Otsuka Decl. ¶ 14.

Respectfully submitted,

Dated: April 29, 2025  
New York, New York

/s/ *Vincent Levy*  
Vincent Levy (NY0487)  
Denis D. Metin (*Admission forthcoming*)  
Christopher M. Kim (*Admission forthcoming*)  
HOLWELL SHUSTER & GOLDBERG LLP  
425 Lexington Avenue, 14th Floor  
New York, NY 10017  
(646) 837-5151  
vlevy@hsgllp.com

*Attorneys for Plaintiffs*