**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TODD M. HARPER, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, and TANYA F. OTSUKA, in her personal capacity and in her official capacity as a Member of the National Credit Union Administration Board,<br><br>Plaintiffs,<br><br>-against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, LARRY FAZIO, in his official capacity as Executive Director of the National Credit Union Administration, KYLE S. HAUPTMAN, in his official capacity as Chairman of the National Credit Union Administration Board, TRENT MORSE, in his official capacity as Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>Defendants. | Civil Action No. 1:25-CV-01294 |

## DECLARATION OF TODD M. HARPER

I, Todd M. Harper, declare as follows:

1. On February 6, 2019, I was nominated by President Donald J. Trump to be a Member of the National Credit Union Administration Board.

2. On March 14, 2019, the U.S. Senate confirmed me by unanimous voice vote to serve the remainder of a partial term expiring April 10, 2021, and I was sworn in on April 8, 2019.

3. On January 20, 2021, President Joseph R. Biden designated me as the NCUA's

1

twelfth Chairman, a position I held until January 20, 2025.

4. On August 6, 2021, I was renominated by President Biden for a full term on the Board expiring April 10, 2027. On June 8, 2022, the Senate confirmed my nomination by a vote of 59 to 40, and my investiture ceremony took place on July 11, 2022.

5. Prior to joining the NCUA Board, I served as director of the agency's Office of Public and Congressional Affairs and chief policy advisor to former Chairman Debbie Matz and Rick Metsger. I was the first member of the NCUA staff to become an NCUA Board Member and to serve as the Board's Chairman.

6. I have previously worked for the U.S. House of Representatives as staff director for the Subcommittee on Capital Markets, Insurance, and Government-Sponsored Enterprises and as legislative director and senior legislative assistant to former Representative Paul Kanjorski. In these roles, I contributed to major financial-services laws from the enactment of the Gramm-Leach-Bliley Financial Services Modernization Act in 1999 to the passage of the Dodd-Frank Wall Street Reform and Consumer Protection Act in 2010.

7. During my tenure as Chairman of the NCUA Board, the agency took significant actions in service of its statutory mission of protecting the safety and soundness of the credit union system. I led initiatives to strengthen the credit-union system's resilience, including implementing risk-based capital standards and enhancements to liquidity management, and led the NCUA's response to the 2023 liquidity crisis. I also advanced cybersecurity oversight through the adoption of a cyberincident reporting rule and the Information Security Examination program, and promoted consumer financial protection by increasing transparency around overdraft and non-sufficient funds fees.

8. As Chairman, I was also a voting member of the Financial Stability Oversight

Council, which was created by the Dodd-Frank Act, and represented the NCUA on the Financial Institutions Examination Council, which I chaired between 2021 and 2023.

9. As of April 14, 2025, the NCUA Board had a quorum with three members: myself, Tanya F. Otsuka, and Kyle S. Hauptman, the Chairman. Ms. Otsuka and I are Democrats, and Mr. Hauptman is a Republican.

10. On April 15, 2025, I received word that the President had decided to terminate my employment and learned that Ms. Otsuka had received an email terminating her employment, but I did not receive myself any correspondence terminating my employment.

11. My access to my NCUA email account was later discontinued, and, when told my employment was supposedly terminated, I requested a copy of any such correspondence. On April 17, I received a forward of an email addressed to me but at the wrong email address, apparently sent on April 15 at 7:00 p.m., by Trent Morse, Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office. That email stated in full: "On behalf of President Donald J. Trump, I am writing to inform you that your position on the National Credit Union Administration is terminated, effective immediately. Thank you for your service." The email I received on April 17 is enclosed as Exhibit A to this declaration.

12. Mr. Morse's email did not identify any cause or offer any explanation for my purported termination.

13. Neither the President nor anyone else acting on his behalf has informed me in any way that I have neglected my duty or engaged in any malfeasance warranting my removal.

14. I was not given either advance notice or a hearing concerning the reasons for my removal.

15. On April 18, 2025, the NCUA sent a message to all its employees, which stated

3

in part:

> "On April 17, the NCUA received confirmation that President Donald J. Trump terminated the positions of Todd Harper and Tanya Otsuka. Please be aware that Todd, Tanya, and their staff are no longer employed with the agency. We thank them for their service."

16. Since the night of April 15, I have been denied access to my files, and my staff members have all been dismissed or placed on administrative leave. I have been removed from the NCUA website as an active Board Member, and the NCUA's organizational chart indicates that there are two vacancies on the Board.

17. To my knowledge, this is the first time the President has removed a Member of the Board during their term without cause, notice and hearing, and the first time the President has removed a Member whose term had not yet expired under 12 U.S.C. § 1752a.

18. The NCUA Board now lacks the quorum necessary to conduct all the functions Congress has prescribed. As a result of the purported termination, I am unable to carry out my statutorily mandated duties as a Senate-confirmed member of the NCUA Board.

19. I seek reinstatement so that I can fulfill the duties for which the President nominated and the Senate confirmed me. A monetary award would not adequately compensate me for the injury caused by my purported termination.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed in Washington, D.C. on April 28, 2025.

Todd M. Harper