# EXHIBIT A

Fw: [External] FW: Message from PPO

From:  Bang, Sarah C (sbang@ncua.gov)

To:    toddharper@aol.com

Date:  Thursday, April 17, 2025 at 05:34 PM EDT

**Hello Todd,**

**Here is the email. I enjoyed working with you.**

**Sarah**

**From:** "Morse, Trent M. EOP/WHO" <Trent.M.Morse@who.eop.gov>
**Date:** April 15, 2025 at 7:00:00 PM EDT
**To:** tharper@ncua.gov
**Subject: Message from PPO**

Todd,

On behalf of President Donald J. Trump, I am writing to inform you that your position on the National Credit Union Administration is terminated, effective immediately.

Thank you for your service.

Trent Morse
Deputy Director
Presidential Personnel

**Controlled Notice:** The information contained in this email and any attachments may be Controlled Unclassified Information subject to dissemination controls, restrictions, or safeguarding requirements pursuant to a federal law, regulation, or policy. Any use, distribution, or copying of this email, including any of its contents or attachments by any person other than those authorized by the National Credit Union Administration, or for any purpose other than its intended use, is strictly prohibited. If you believe you have received this email in error, permanently delete the email and any attachments, and do not save, copy, disclose, or rely on any part of the information contained in this email or its attachments. Please call 703-518-6540 if you have questions.