UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD M. HARPER, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, and TANYA F. OTSUKA, in her personal capacity and in her official capacity as a Member of the National Credit Union Administration Board,<br><br>Plaintiffs,<br><br>-against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, LARRY FAZIO, in his official capacity as Executive Director of the National Credit Union Administration, KYLE S. HAUPTMAN, in his official capacity as Chairman of the National Credit Union Administration Board, TRENT MORSE, in his official capacity as Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>Defendants. | Civil Action No. 1:25-CV-01294 |

### DECLARATION OF TANYA F. OTSUKA

I, Tanya F. Otsuka, declare as follows:

1. On September 21, 2023, I was nominated by President Joseph R. Biden to be a Member of the National Credit Union Administration Board.

2. On December 20, 2023, the U.S. Senate confirmed me by unanimous voice vote, and I was sworn in on January 8, 2024. My term runs through August 2, 2029.

3. Before joining the NCUA Board, I served as Senior Counsel for the majority

1

staff of the U.S. Senate Banking, Housing, and Urban Affairs Committee, where I handled banking and credit-union issues. I also served on the Committee staff through the Government Affairs Institute at Georgetown University's Capitol Hill Fellowship Program, on detail from the Federal Deposit Insurance Corporation (FDIC). Before that, I was a staff attorney and counsel at the FDIC for nearly ten years, where I worked on a broad range of banking issues.

4. During my time on the NCUA Board, I was an active partner in ensuring the credit-union system's resilience, supporting small credit unions, and improving agency operations. I helped bolster consumer financial protection and access to financial services for underserved communities, including through efforts to strengthen the agency's underserved area application process.

5. As of April 14, 2025, the NCUA Board had a quorum with three members: myself, Todd M. Harper, and Kyle S. Hauptman, the Chairman. Mr. Harper and I are Democrats, and Mr. Hauptman is a Republican.

6. On April 15, 2025, at 7:01 p.m., Trent Morse, Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office, sent me an email (which I received at 7:03 p.m.) stating in full: "On behalf of President Donald J. Trump, I am writing to inform you that your position on the National Credit Union Administration is terminated, effective immediately. Thank you for your service." A copy of that email is enclosed as Exhibit A hereto.

7. Mr. Morse's email did not identify any cause or offer any explanation for my purported termination.

8. Neither the President nor anyone else acting on his behalf has informed me in any way that I have neglected my duty or engaged in any malfeasance warranting my removal.

9. I was not given either advance notice or a hearing concerning the reasons for

my removal.

10. On April 18, 2025, the NCUA sent a message to all its employees, which stated in part:

> " On April 17, the NCUA received confirmation that President Donald J. Trump terminated the positions of Todd Harper and Tanya Otsuka. Please be aware that Todd, Tanya, and their staff are no longer employed with the agency. We thank them for their service."

11. Since the night of April 15, I have been denied access to my files, my NCUA email account, and other NCUA systems. My staff members have all been separated. I have been removed from the NCUA website as an active Board Member, and the NCUA's organizational chart indicates that there are two vacancies on the Board.

12. To my knowledge, this is the first time the President has removed a Member of the Board during their term without cause, notice and hearing, and the first time the President has removed a Member whose term had not yet expired under 12 U.S.C. § 1752a.

13. The NCUA Board now lacks the quorum necessary to conduct all the functions Congress has prescribed. As a result of the purported termination, I am unable to carry out my statutorily mandated duties as a Senate-confirmed member of the NCUA Board.

14. I seek reinstatement so that I can fulfill the duties for which the President nominated and the Senate confirmed me. A monetary award would not adequately compensate me for the injury caused by my purported termination.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed in Washington, D.C. on April 28, 2025.

_____
Tanya F. Otsuka

4