# EXHIBIT A

Otsuka, Tanya

**From:** Morse, Trent M. EOP/WHO <Trent.M.Morse@who.eop.gov>
**Sent:** Tuesday, April 15, 2025 7:01 PM
**To:** Otsuka, Tanya
**Subject:** [External] Message from PPO

Tanya,

On behalf of President Donald J. Trump, I am writing to inform you that your position on the National Credit Union Administration is terminated, effective immediately.

Thank you for your service.

Trent Morse
Deputy Director
Presidential Personnel

1