UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD M. HARPER, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, and TANYA F. OTSUKA, in her personal capacity and in her official capacity as a Member of the National Credit Union Administration Board,<br><br>      Plaintiffs,<br><br>   -against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, LARRY FAZIO, in his official capacity as Executive Director of the National Credit Union Administration, KYLE S. HAUPTMAN, in his official capacity as Chairman of the National Credit Union Administration Board, TRENT MORSE, in his official capacity as Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>      Defendants. | Civil Action No. 1:25-cv-01294-AHA |

### [PROPOSED] ORDER GRANTING PERMANENT INJUNCTION AND ENTERING JUDGMENT ON THE MERITS

Upon consideration of the motion for a preliminary injunction and judgment on the merits filed by Plaintiffs Todd M. Harper and Tanya F. Otsuka, and the accompanying memorandum, Plaintiffs' motion is GRANTED. It is hereby ORDERED, ADJUDGED, and DECREED as follows:

Plaintiffs Todd M. Harper and Tanya F. Otsuka were unlawfully removed from their positions as Members of the National Credit Union Administration Board. Defendants Secretary

Scott Bessent, Director Larry Fazio, Chairman Kyle Hauptman, and Deputy Director Trent Morse are hereby ENJOINED from (i) removing Plaintiffs Harper and Otsuka from office; (ii) treating them as having been removed; (iii) denying or obstructing their access to any benefits or resources of their office; (iv) placing a replacement in their positions as Members of the National Credit Union Administration Board; or (v) otherwise recognizing any other person as a Member of the Board in Plaintiffs' stead. This is a final appealable Order.

    IT IS SO ORDERED.


Dated: _____                  _____
                                                                                   U.S. DISTRICT JUDGE