UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD M. HARPER, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, and TANYA F. OTSUKA, in her personal capacity and in her official capacity as a Member of the National Credit Union Administration Board,<br><br>                  Plaintiffs,<br><br>       -against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, LARRY FAZIO, in his official capacity as Executive Director of the National Credit Union Administration, KYLE S. HAUPTMAN, in his official capacity as Chairman of the National Credit Union Administration Board, TRENT MORSE, in his official capacity as Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>                  Defendants. | Civil Action No. 1:25-cv-01294-AHA |

**[PROPOSED] ORDER EXPEDITING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND JUDGMENT ON THE MERITS**

Upon consideration of plaintiffs' motion for expedition of their motion for a preliminary injunction and judgment on the merits, it is hereby ORDERED that plaintiffs' motion is GRANTED.

Dated: _____

_____
U.S. DISTRICT JUDGE