UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD M. HARPER, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, and TANYA F. OTSUKA, in her personal capacity and in her official capacity as a Member of the National Credit Union Administration Board,<br><br>      Plaintiffs,<br><br>    -against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, LARRY FAZIO, in his official capacity as Executive Director of the National Credit Union Administration, KYLE S. HAUPTMAN, in his official capacity as Chairman of the National Credit Union Administration Board, TRENT MORSE, in his official capacity as Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>      Defendants. | Civil Action No. 1:25-cv-01294-AHA |

## JOINT STATUS REPORT

The parties have met and conferred in response to the Court's Minute Order entered April 29, 2025. Undersigned counsel for the government does not at this time know whether the National Credit Union Administration (NCUA) Board meeting scheduled for May 22, 2025, will proceed as planned. In the meantime, the parties have agreed to the following briefing schedule: Defendants will file their opposition on May 7, 2025, and Plaintiffs will file their reply on May 12, 2025.

1

    Should the timing or nature of the NCUA Board meeting change, the parties will meet and confer again and promptly propose a revised schedule to the Court.

                                                            Respectfully submitted,

Dated: April 29, 2025

                                            /s/ Vincent Levy
Vincent Levy (NY0487)
Denis D. Metin (*Admission forthcoming*)
Christopher M. Kim (*Admission forthcoming*)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151
vlevy@hsgllp.com

*Attorneys for Plaintiffs*

/s/ Diane Kelleher
Diane Kelleher
United States Department of Justice
Director
Federal Programs
Civil Division
1100 L Street, NW
Room 12000
Washington, DC 20005
(202) 353- 5845
diane.kelleher@usdoj.gov

*Attorney for Defendants*

2