HOLWELL SHUSTER & GOLDBERG LLP 425 LEXINGTON AVENUE, 14TH FLOOR NEW YORK, NY 10017

| | |
|---|---|
| | Client's File No.: |
| **AFFIDAVIT OF SERVICE** | Civil Action No.: 1:25-cv-01294-AHA |
| | Date Filed: April 28, 2025 |
| | Court Date: |

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**



**TODD M. HARPER**, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, et al.,

*Plaintiff*

vs

**SCOTT BESSENT**, in his official capacity as Secretary of the Treasury, et al.,

*Defendant*

STATE OF DISTRICT OF COLUMBIA COUNTY OF DISTRICT OF COLUMBIA SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of District of Columbia

That on the following date: **April 29, 2025**, at the following time: **11:41 AM**,
at **601 D STREET NW, 7TH FLOOR, WASHINGTON, DC 20579** deponent served the within Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet with Addendum, Notice of Right to Consent to Trial Before a United States Magistrate Judge and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon: **UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA**

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** — By delivering to and leaving with _____, _____ (Relationship) a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[X] **Corporation LLC / LLP** — By delivering to and leaving with **Shadae Beaver** said individual to be **Paralegal** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place   [ ] place of business/employment
[ ] last known address within the State.   [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Perceived Description of Recipient**
Gender: Female   Race: Black   Color of hair: Brown   Age: 36 - 50 Yrs.   Height: 5ft 4inch - 5ft 8inch
Weight: 161-200 Lbs.   Other Features:

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address _____ on _____

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on **04/30/2025**

*Angela H. Croson*

(Notary Seal: ANGELA H. CROSON, NOTARY PUBLIC, PRINCE GEORGE'S COUNTY, EXPIRES: 02-05-20__)

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
**Sheridan Johnson**

PROCESS SERVER LICENSE #

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA   Work Order # **1497928**