HOLWELL SHUSTER & GOLDBERG LLP 425 LEXINGTON AVENUE, 14TH FLOOR NEW YORK, NY 10017

# AFFIDAVIT OF SERVICE

| | |
|---|---|
| Client's File No.: | |
| Case No.: | 1:25-cv-01294-AHA |
| Date Filed: | April 29, 2025 |
| Court Date: | |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**



**TODD M. HARPER,** *in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, et al.,*

*Plaintiff*

vs

**SCOTT BESSENT,** *in his official capacity as Secretary of the Treasury, et al.,*

*Defendant*

STATE OF DISTRICT OF  COUNTY OF  DISTRICT OF  SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of District of Columbia

That on the following date: **April 29, 2025**, at the following time: **3:11 PM**,
at **601 D STREET NW, 7TH FLOOR, WASHINGTON, DC 20579** deponent served the within

Motion for Preliminary Junction and Judgment on the Merits, Memorandum of Law in Support, Statement of Material Facts Not in Dispute, Declaration of Todd M. Harper with Exhibit A, Declaration of Tanya F. Otsuka with Exhibit A, Proposed Order Granting Permanent Injunction and Entering Judgment on the Merits, Motion for Expedition of Motion for Preliminary Injunction and Judgment on the Merits, Proposed Order Expediting Motion for Preliminary Injunction and Judgment on the Merits and Minute Order dated April 29, 2025

[X] Papers so served were properly endorsed with the Case No. and date of filing.

Upon: **UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA**

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** — By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[X] **Corporation LLC / LLP** — By delivering to and leaving with **Alicia Dupree** said individual to be **Paralegal Specialist**
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's  [ ] dwelling place  [ ] place of business/employment
[ ] last known address within the State.  [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Perceived Description of Recipient**
Gender: Female  Race: Black  Color of hair: Black  Age: 36 - 50 Yrs.  Height: 5ft 4inch - 5ft 8inch
Weight: 161-200 Lbs.  Other Features: _____

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address _____ on _____.

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on 04/29/2025

*Angela H. Croson*

[Notary Seal: ANGELA H CROSON, NOTARY PUBLIC, PRINCE GEORGE'S COUNTY, MD, EXPIRES: 02-05-2029]

*Court Support Inc.*, 155 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA

*[Signature]*

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Michael Weaver
PROCESS SERVER LICENSE #

Work Order # 1497963

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Attorney: Holwell Shuster & Goldberg LLP
Address: 425 Lexington Avenue, 14th Floor New York, NY 10017

Job #: 1497984

| | |
|---|---|
| **TODD M. HARPER,** in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, et al.,<br><br>vs<br><br>**SCOTT BESSENT,** in his official capacity as Secretary of the Treasury, et al.,<br><br>Plaintiff<br><br>Defendant | Case No.: 1:25-cv-01294-AHA<br>Client's File No.:<br>Court Date:<br><br>Date Filed: 04/29/2025 |

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

# AFFIDAVIT OF MAILING

**MAILING**
Adriana Bartolotta being duly sworn, deposes and says: that deponent completed service by depositing a copy of the **Motion for Preliminary Junction and Judgment on the Merits, Memorandum of Law in Support, Statement of Material Facts Not in Dispute, Declaration of Todd M. Harper with Exhibit A, Declaration of Tanya F. Otsuka with Exhibit A, Proposed Order Granting Permanent Injunction and Entering Judgment on the Merits, Motion for Expedition of Motion for Preliminary Injunction and Judgment on the Merits, Proposed Order Expediting Motion for Preliminary Injunction and Judgment on the Merits and Minute Order dated April 29, 2025 in a postpaid properly addressed envelope**, bearing the words "Personal and Confidential" via **certified return receipt mail on 04/29/2025** in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

To: SCOTT BESSENT, in his official capacity as Secretary of the Treasury

1500 PENNSYLVANIA AVENUE, N.W., WASHINGTON, DC 20220 certified return receipt: 9589 0710 5270 0342 6054 89

Sworn to before me on 04/29/2025

Stephanie Galligan
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2028

Adriana Bartolotta
License#

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA*



Job #: 1497988

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Attorney: Holwell Shuster & Goldberg LLP
Address: 425 Lexington Avenue, 14th Floor New York, NY 10017

| | |
|---|---|
| **TODD M. HARPER,** in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, et al.,<br><br>vs<br><br>**SCOTT BESSENT,** in his official capacity as Secretary of the Treasury, et al.,<br><br>Plaintiff<br><br>Defendant | Case No.: 1:25-cv-01294-AHA<br>Client's File No.:<br>Court Date:<br>Date Filed: 04/29/2025 |

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

# AFFIDAVIT OF MAILING

**MAILING**
**Adriana Bartolotta** being duly sworn, deposes and says: that deponent completed service by depositing a copy of the **Motion for Preliminary Junction and Judgment on the Merits, Memorandum of Law in Support, Statement of Material Facts Not in Dispute, Declaration of Todd M. Harper with Exhibit A, Declaration of Tanya F. Otsuka with Exhibit A, Proposed Order Granting Permanent Injunction and Entering Judgment on the Merits, Motion for Expedition of Motion for Preliminary Injunction and Judgment on the Merits, Proposed Order Expediting Motion for Preliminary Injunction and Judgment on the Merits and Minute Order dated April 29, 2025 in a postpaid properly addressed envelope**, bearing the words "Personal and Confidential" via **certified return receipt mail on 4/29/2025** in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**To:** LARRY FAZIO, in his official capacity as Executive Director of the National Credit Union Administration

1775 DUKE STREET, ALEXANDRIA, VA 22314  certified return receipt: 9589 0710 5270 0342 6047 89

Sworn to before me on 4/29/2025

Stephanie Galligan
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2028

Adriana Bartolotta
License#

*Court Support, Inc.*, 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA



Job #: 1497989

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Attorney: Holwell Shuster & Goldberg LLP
Address: 425 Lexington Avenue, 14th Floor New York, NY 10017

---

**TODD M. HARPER**, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, et al.,

*Plaintiff*

vs

**SCOTT BESSENT**, in his official capacity as Secretary of the Treasury, et al.,

*Defendant*

Case No.: 1:25-cv-01294-AHA
Client's File No.:
Court Date:

Date Filed: 04/29/2025

---

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

# AFFIDAVIT OF MAILING

**MAILING**
**Adriana Bartolotta** being duly sworn, deposes and says: that deponent completed service by depositing a copy of the **Motion for Preliminary Junction and Judgment on the Merits, Memorandum of Law in Support, Statement of Material Facts Not in Dispute, Declaration of Todd M. Harper with Exhibit A, Declaration of Tanya F. Otsuka with Exhibit A, Proposed Order Granting Permanent Injunction and Entering Judgment on the Merits, Motion for Expedition of Motion for Preliminary Injunction and Judgment on the Merits, Proposed Order Expediting Motion for Preliminary Injunction and Judgment on the Merits and Minute Order dated April 29, 2025** in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" via **certified return receipt mail on 4/29/2025** in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**To: KYLE S. HAUPTMAN**, in his official capacity as Chairman of the National Credit Union Administration Board

1775 DUKE STREET, ALEXANDRIA, VA 22314 certified return receipt: 9589 0710 5270 0109 3655 88

---

Sworn to before me on 4/29/2025

Stephanie Galligan
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2028

Adriana Bartolotta
License#

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA*



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Job #: 1497985

Attorney: Holwell Shuster & Goldberg LLP
Address: 425 Lexington Avenue, 14th Floor New York, NY 10017

---

**TODD M. HARPER,** in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, et al.,

Plaintiff

vs

**SCOTT BESSENT,** in his official capacity as Secretary of the Treasury, et al.,

Defendant

Case No.: 1:25-cv-01294-AHA
Client's File No.:
Court Date:

Date Filed: 04/29/2025

---

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

# AFFIDAVIT OF MAILING

**MAILING**
**Adriana Bartolotta** being duly sworn, deposes and says: that deponent completed service by depositing a copy of the **Motion for Preliminary Junction and Judgment on the Merits, Memorandum of Law in Support, Statement of Material Facts Not in Dispute, Declaration of Todd M. Harper with Exhibit A, Declaration of Tanya F. Otsuka with Exhibit A, Proposed Order Granting Permanent Injunction and Entering Judgment on the Merits, Motion for Expedition of Motion for Preliminary Injunction and Judgment on the Merits, Proposed Order Expediting Motion for Preliminary Injunction and Judgment on the Merits and Minute Order dated April 29, 2025 in a postpaid properly addressed envelope**, bearing the words "Personal and Confidential" via **certified return receipt mail on 4/29/2025** in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**To: TRENT MORSE,** in his official capacity as Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office

1600 PENNSYLVANIA AVENUE, N.W., WASHINGTON, DC 20500 certified return receipt: 9589 0710 5270 0342 6054 58

Sworn to before me on 4/29/2025

Stephanie Galligan
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2028

Adriana Bartolotta
License#

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA*



| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA<br>Attorney: Holwell Shuster & Goldberg LLP<br>Address: 425 Lexington Avenue, 14th Floor New York, NY 10017 | Job #: 1497986 |

**TODD M. HARPER**, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, et al.,

Plaintiff

vs

**SCOTT BESSENT**, in his official capacity as Secretary of the Treasury, et al.,

Defendant

Case No.: 1:25-cv-01294-AHA
Client's File No.:
Court Date:
Date Filed: 04/29/2025

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

# AFFIDAVIT OF MAILING

**MAILING**
**Adriana Bartolotta** being duly sworn, deposes and says: that deponent completed service by depositing a copy of the **Motion for Preliminary Junction and Judgment on the Merits, Memorandum of Law in Support, Statement of Material Facts Not in Dispute, Declaration of Todd M. Harper with Exhibit A, Declaration of Tanya F. Otsuka with Exhibit A, Proposed Order Granting Permanent Injunction and Entering Judgment on the Merits, Motion for Expedition of Motion for Preliminary Injunction and Judgment on the Merits, Proposed Order Expediting Motion for Preliminary Injunction and Judgment on the Merits and Minute Order dated April 29, 2025 in a postpaid properly addressed envelope**, bearing the words "Personal and Confidential" via **certified return receipt mail on 4/29/2025** in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

To: DONALD J. TRUMP, in his official capacity as President of the United States

1600 PENNSYLVANIA AVENUE, N.W., WASHINGTON, DC 20500 certified return receipt: 9589 0710 5270 0342 6054 65

Sworn to before me on 4/29/2025

Stephanie Galligan
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2028

Adriana Bartolotta
License#

Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Postmark Here
APR 29 2025
CARLE PLACE NY 11514
USPS

DONALD J. TRUMP, in his official capacity as President of the United States
1600 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20500

9589 0710 5270 0342 6054 65

PS Form 3800, January 2023

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Job #: 1497987

Attorney: Holwell Shuster & Goldberg LLP
Address: 425 Lexington Avenue, 14th Floor New York, NY 10017

**TODD M. HARPER**, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, et al.,

vs

Plaintiff

**SCOTT BESSENT**, in his official capacity as Secretary of the Treasury, et al.,

Defendant

Case No.: 1:25-cv-01294-AHA
Client's File No.:
Court Date:
Date Filed: 04/29/2025

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

# AFFIDAVIT OF MAILING

**MAILING**
**Adriana Bartolotta** being duly sworn, deposes and says: that deponent completed service by depositing a copy of the **Motion for Preliminary Junction and Judgment on the Merits, Memorandum of Law in Support, Statement of Material Facts Not in Dispute, Declaration of Todd M. Harper with Exhibit A, Declaration of Tanya F. Otsuka with Exhibit A, Proposed Order Granting Permanent Injunction and Entering Judgment on the Merits, Motion for Expedition of Motion for Preliminary Injunction and Judgment on the Merits, Proposed Order Expediting Motion for Preliminary Injunction and Judgment on the Merits and Minute Order dated April 29, 2025** in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" via **certified return receipt mail on 4/29/2025** in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

To: ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE

950 PENNSYLVANIA AVENUE, N.W., WASHINGTON, DC 20530 certified return receipt: 9589 0710 5270 0342 6054 72

Sworn to before me on 4/29/2025

Stephanie Galligan
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2028

Adriana Bartolotta
License#

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA*

