IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD M. HARPER and TANYA F. OTSUKA,<br><br>      *Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, *et al.*,<br><br>      *Defendants*. | Civil Action No. 1:25-cv-01294-AHA |

## NOTICE OF APPEARANCE

  Please take notice that undersigned attorney, Elisabeth J. Neylan of the United States Department of Justice, enters her appearance as counsel for Defendants in this matter. Ms. Neylan hereby certifies pursuant to Local Civil Rule 83.2(f) that she is personally familiar with the Local Rules of this Court.

Dated: May 1, 2025

                Respectfully submitted,

                YAAKOV M. ROTH
                *Acting Assistant Attorney General*

                CHRISTOPHER R. HALL
                *Assistant Branch Director*

                <u>/s/ *Elisabeth Neylan*</u>
                Elisabeth J. Neylan
                N.Y. Bar Reg. Number: 6125736
                *Trial Attorney*
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street, NW
                Washington, DC 20530
                Telephone: (202) 616-3519
                Email: elisabeth.j.neylan@usdoj.gov

                *Counsel for Defendants*