**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TODD M. HARPER, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, and TANYA F. OTSUKA, in her personal capacity and in her official capacity as a Member of the National Credit Union Administration Board,<br><br>              Plaintiffs,<br><br>       -against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, LARRY FAZIO, in his official capacity as Executive Director of the National Credit Union Administration, KYLE S. HAUPTMAN, in his official capacity as Chairman of the National Credit Union Administration Board, TRENT MORSE, in his official capacity as Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>              Defendants. | Civil Action No. 1:25-cv-01294-AHA |

**JOINT MOTION TO AMEND BRIEFING SCHEDULE**

The parties respectfully move to amend the briefing schedule on Plaintiffs' motion for a preliminary injunction and judgment on the merits. The government has indicated it intends to file a cross-motion for summary judgment and has confirmed that no vote will occur at the National Credit Union Administration's May 22 Board meeting. In light of the anticipated cross-motion and the nature of the upcoming Board meeting, the parties believe a modest extension is warranted and would serve the interests of both the parties and the Court by

1

allowing for a fuller airing of the legal questions presented.  The parties are aware of this Court's rule that extensions should be sought at least four days before the current deadline; here, Defendants' opposition to Plaintiffs' motion for a preliminary injunction is due tomorrow, May 7, but the parties submit there is good cause for a modest adjustment to the schedule. The parties only recently conferred about the nature of the upcoming Board meeting. No previous extensions of time or continuances have been granted. In addition, Defendants intend to file a cross-motion for summary judgment, and consolidating the briefing will promote efficiency and avoid duplicative filings.

Accordingly, the parties propose the following amended schedule:

- **May 9, 2025**: Defendants file their opposition and any cross-motion on or before May 9;

- **May 19, 2025**: Plaintiffs file their reply and opposition to any cross-motion on or before May 19;

- **May 23, 2025**: Defendants file their reply in support of any cross-motion on or before May 23.

The parties also respectfully propose that, if the Court's schedule permits, it hold oral argument on the parties' motions during the last week of May. In light of the government's representations regarding the nature of the May 22 Board meeting, Plaintiffs do not seek preliminary relief at this time. Plaintiffs may revisit the need for interim relief depending on any changes to the anticipated scope or nature of the May 22 meeting or the Board meeting thereafter, tentatively scheduled for June 17.

Respectfully submitted,

Dated: May 6, 2025

/s/ *Vincent Levy*

Vincent Levy (NY0487)
Denis D. Metin (*Admission forthcoming*)
Christopher M. Kim (*Admission forthcoming*)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151
vlevy@hsgllp.com

*Attorneys for Plaintiffs*

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ *Elisabeth J. Neylan*

Elisabeth J. Neylan (N.Y. Bar Reg. No. 6125736)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Phone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Attorneys for Defendants*