UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD M. HARPER, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, and TANYA F. OTSUKA, in her personal capacity and in her official capacity as a Member of the National Credit Union Administration Board,<br><br>                Plaintiffs,<br><br>      -against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, LARRY FAZIO, in his official capacity as Executive Director of the National Credit Union Administration, KYLE S. HAUPTMAN, in his official capacity as Chairman of the National Credit Union Administration Board, TRENT MORSE, in his official capacity as Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>                Defendants. | Civil Action No. 1:25-cv-01294-AHA |

**[PROPOSED] ORDER GRANTING
JOINT MOTION TO AMEND BRIEFING SCHEDULE**

The parties' joint motion to amend the current briefing schedule is GRANTED. The schedule is amended as follows:

- **May 9, 2025**: Defendants shall file their opposition and any cross-motion on or before May 9;

- **May 19, 2025**: Plaintiffs shall file their reply and opposition to any cross-motion on or before May 19;

- **May 23, 2025**: Defendants shall file their reply in support of any cross-motion on or before May 23.

Dated:_____              _____
                                                                                    U.S. DISTRICT JUDGE