IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TODD M. HARPER and TANYA F. OTSUKA,

        *Plaintiffs*,

v.

SCOTT BESSENT, *et al.*,

        *Defendants*.

Civil Action No. 1:25-cv-01294-AHA

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants, Scott Bessent, Larry Fazio, Kyle S. Hauptman, Trent Morse, and Donald J. Trump,[1] respectfully oppose Plaintiffs' motion for summary judgment and cross-move for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7(h). Because there is no genuine dispute as to any material fact and Defendants are entitled to judgment as a matter of law, this Court should enter summary judgment in Defendants' favor.

Dated: May 9, 2025

        Respectfully submitted,

        YAAKOV M. ROTH
        *Acting Assistant Attorney General*
        *Civil Division*

        CHRISTOPHER R. HALL

---

[1] All individual Defendants were sued in their official capacities.

*Assistant Branch Director*

/s/ *Elisabeth J. Neylan*
Elisabeth J. Neylan
N.Y. Bar Reg. Number 6125736
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Counsel for Defendants*