IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD M. HARPER and TANYA F. OTSUKA, *Plaintiffs*, v. SCOTT BESSENT, *et al.*, *Defendants*. | Civil Action No. 1:25-cv-01294-AHA |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS**
**NOT IN DISPUTE AND RESPONSE TO PLAINTIFFS' STATEMENT**
**OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Local Civil Rule 7(h) and ¶ 5(C) of the Court's Standing Order (ECF No. 5), Defendants respectfully submit this statement of material facts not in dispute and their response to Plaintiffs' statement of material facts (ECF No. 3-2).

**Defendants' Statement Of Material Facts**

1. Mr. Harper was nominated by President Biden and confirmed by the Senate for a term on the NCUA Board that was set to expire on April 10, 2027. Harper Decl. ¶ 4.

2. Ms. Otsuka was nominated by President Biden and confirmed by the Senate for a term on the NCUA Board that was set to expire on August 2, 2029. Otsuka Decl. ¶ 1–2.

1

3. President Trump removed Mr. Harper and Ms. Otsuka from their positions on April 15, 2025. Harper Decl. ¶ 10–11; Otsuka Decl. ¶ 6.

**Defendants' Responses To Plaintiffs' Statement Of Material Facts**

1. Undisputed.

2. Undisputed.

3. Undisputed.

4. Undisputed.

5. Disputed. Mr. Harper's term has ended. Undisputed that Mr. Harper's term was set to run through April 10, 2027.

6. Undisputed.

7. Undisputed.

8. Disputed. Ms. Otsuka's term has ended. Undisputed that Ms. Otsuka's term was set to run through August 2, 2029.

9. Undisputed.

10. Undisputed that Mr. Harper's access to his NCUA email account was discontinued and that he received correspondence terminating his employment.

11. Undisputed.

12. Undisputed.

13. Undisputed.

14. Undisputed.

15. Plaintiffs received notice of their terminations on April 15. Otherwise, undisputed.

16. Undisputed.

17. Undisputed.

18. Undisputed.

19. Undisputed.

20. Undisputed.

21. Disputed.  The legal conclusion that two members are necessary for the Board to continue to function is disputed, and in any event, not material to this case.

22. This is a legal conclusion to which no response is required.

Dated: May 9, 2025                                         Respectfully submitted,

                                                          YAAKOV M. ROTH
                                                          *Acting Assistant Attorney General*
                                                          *Civil Division*

                                                          CHRISTOPHER R. HALL
                                                          *Assistant Branch Director*

                                                          /s/ *Elisabeth J. Neylan*
                                                          Elisabeth J. Neylan
                                                          N.Y. Bar Reg. Number 6125736
                                                          *Trial Attorney*
                                                          U.S. Department of Justice
                                                          Civil Division, Federal Programs Branch
                                                          1100 L Street, NW
                                                          Washington, DC 20530
                                                          Telephone: (202) 616-3519
                                                          Email: elisabeth.j.neylan@usdoj.gov

                                                          *Counsel for Defendants*