IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD M. HARPER and TANYA F. OTSUKA,<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT BESSENT, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-01294-AHA |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' motion for summary judgment, Defendants' cross-motion for summary judgment, and the entire record, it is hereby

ORDERED that Plaintiffs' motion for summary judgment is DENIED;

ORDERED that Defendants' cross-motion for summary judgment is GRANTED; and

ORDERED that summary judgment is entered in Defendants' favor on Plaintiffs' claims in this action.

This is a final appealable Order.

SO ORDERED, this _____ day of _____, 202\_\_.

_____

Amir H. Ali
United States District Judge