UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD M. HARPER, in his personal capacity and in his official capacity as a Member of the National Credit Union Administration Board, and TANYA F. OTSUKA, in her personal capacity and in her official capacity as a Member of the National Credit Union Administration Board,<br><br>                      Plaintiffs,<br><br>                      -against-<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury, LARRY FAZIO, in his official capacity as Executive Director of the National Credit Union Administration, KYLE S. HAUPTMAN, in his official capacity as Chairman of the National Credit Union Administration Board, TRENT MORSE, in his official capacity as Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office, and DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>                      Defendants. | Civil Action No. 1:25-cv-01294-AHA |

## JOINT STATUS REPORT

At the June 12 hearing on plaintiffs' motion for a preliminary injunction and judgment on the merits and defendants' cross-motion for summary judgment, the Court requested that the parties identify dates relevant to the timing of a decision on the merits, including upcoming meetings of the National Credit Union Administration (NCUA) Board.

As noted during the hearing, the parties confirm that the Board's June 17, 2025, meeting was canceled. The Board is currently scheduled to meet on July 24, 2025, and again on

1

September 18, 2025, with no meeting scheduled in August (coinciding with certain recesses across the government).

Plaintiffs' position has been that it would be most efficient to resolve the cross-motions for summary judgment, and, if summary judgment is entered for plaintiffs, that would moot the preliminary-injunction motion, thus avoiding potentially piecemeal appeals and providing a full record in any appeal that may be filed. That said, the Board has been without a quorum to perform certain functions since April 15, 2025. Harper Decl. ¶¶ 4–6, Dkt. 13-2. Plaintiffs respectfully request a ruling in advance of the July 24 meeting and the various government recesses that take place in the month of August, including at the level of the NCUA Board.

Defendants agree that resolving the cross-motions for summary judgment would present the most efficient resolution of this case. However, Defendants' position is that one Board member constitutes a quorum when there are no other members.[1] *See* 12 U.S.C. § 1752a(d) ("A majority of the Board shall constitute a quorum."). 12 C.F.R. § 791.2, which provides that "[t]he agreement of at least two *of the three Board members* is required for any action by the Board," is not applicable when there are not three Board members. *Id.* § 791.2 (emphasis added). In any event, Defendants state the July meeting will consist only of briefings, and no vote will be taken at that meeting.

The parties will advise the Court if there are further developments affecting their respective positions on these matters.

---

[1] *See* Press Release, NCUA Releases Staff Message on the Current NCUA Board, (Apr. 18, 2025), https://ncua.gov/newsroom/press-release/2025/ncua-releases-staff-message-current-ncua-board.

Respectfully submitted,

Dated: June 23, 2025

*/s/ Vincent Levy*
Vincent Levy (NY0487)
Denis D. Metin (1735816)
Christopher M. Kim (NY0635)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151
vlevy@hsgllp.com

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

CHRISTOPHER R. HALL
*Assistant Branch Director*

*/s/ Elisabeth J. Neylan*
Elisabeth J. Neylan (N.Y. Bar Reg. No. 6125736)
*Trial Attorney*
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Phone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Attorneys for Defendants*