IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD M. HARPER and TANYA F. OTSUKA, <br><br><br> *Plaintiffs*, <br><br><br> *v.* <br><br><br> SCOTT BESSENT, *et al.*, <br><br><br> *Defendants*. | Civil Action No. 1:25-cv-01294-AHA |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE
OF SUPPLEMENTAL AUTHORITY**

Defendants respond briefly to Plaintiffs' Notice of Supplemental Authority (ECF No. 21) advising the Court that the U.S. District Court for the District of Maryland, in *Mary Boyle, et al. v. Donald J. Trump, et al.*, No. 8:25-cv-01628-MJM, ECF No. 24 (D. Md.), issued a permanent injunction with the effect of enjoining the President's removal of three commissioners of the Consumer Product Safety Commission ("CPSC") and ordering their reinstatement to office.

The court's ruling in *Boyle* is distinguishable because it involves a statutory scheme that differs materially from the scheme at issue here.  Under the governing statutory provision in *Boyle*, CPSC commissioners may be removed for "neglect of duty or malfeasance in office but for no other cause." 15 U.S.C. § 2053(a).  *Boyle* thus presents the question whether an unambiguous statutory for-cause removal restriction is constitutional.  By contrast here, National Credit Union Administration ("NCUA") Board members have no such express statutory protection against removal.  And as

Defendants have explained, no implicit protection against removal should be read into the governing statute here, rendering *Boyle* distinguishable from this case.

In any event, the government disagrees with the district court's ruling in *Boyle*, which is not binding here. The government has appealed the district court's decision to the U.S. Court of Appeals for the Fourth Circuit and has asked the Fourth Circuit for a stay pending appeal; that request is pending. *See Boyle v. Trump*, No. 25-1687, ECF No. 13 (4th Cir.). Among the arguments raised in the government's appeal is that the district court erred in holding that 15 U.S.C. § 2053(a)'s for-cause removal protections are consistent with Article II and applicable Supreme Court precedent, including *Seila Law v. CFPB*, 591 U.S. 197, 216 (2020), and *Trump v. Wilcox*, 145 S. Ct. 1415 (2025).

Dated: June 25, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

CHRISTOPHER R. HALL
*Assistant Branch Director*

/s/ *Elisabeth J. Neylan*
Elisabeth J. Neylan
N.Y. Bar Reg. Number: 6125736
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Counsel for Defendants*