IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TODD M. HARPER and TANYA F. OTSUKA,

*Plaintiffs*,

v.

SCOTT BESSENT, *et al.*,

*Defendants*.

Civil Action No. 1:25-cv-01294-AHA

**DEFENDANTS' UNOPPOSED MOTION TO STAY
OBLIGATION TO FILE RULE 12 REPONSE TO THE COMPLAINT**

Defendants respectfully request that this Court stay their obligation to file a response to the Complaint under Federal Rule of Civil Procedure 12 pending further order of the Court, and in support state as follows:

1. Plaintiffs filed the instant action on April 28, 2025 and completed service that same day. *See* ECF Nos. 1, 2.

2. The parties agreed that the most efficient resolution of this case would be achieved through cross motions for summary judgment, *see* ECF No. 10 (joint motion to amend the briefing schedule); *see also* ECF No. 23 (joint status report).

3. Briefing on the cross motions for summary judgment was completed on May 23, 2025, *see* ECF No. 15, and this Court held a motion hearing on June 12, 2025.

1

4. Under Federal Rule of Civil Procedure 12(a)(2), the United States and its officers and employees sued in their official capacity must respond to a complaint within 60 days after service on the United States attorney.

5. Plaintiffs completed service on April 28, 2025, so Defendants' deadline to respond to the Complaint is June 27, 2025.

6. Given the posture of the case, Defendants respectfully request a stay of their obligation to respond to the Complaint under Federal Rule of Civil Procedure 12 pending further order of the Court.

7. Plaintiffs do not oppose this motion.

8. Should litigation in this Court continue following resolution of the pending cross motions for summary judgment, Defendants propose to confer with Plaintiffs and submit a joint status report on appropriate next steps.

Dated: June 26, 2025	Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

CHRISTOPHER R. HALL
*Assistant Branch Director*

/s/ *Elisabeth J. Neylan*
Elisabeth J. Neylan
N.Y. Bar Reg. Number: 6125736
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Counsel for Defendants*