UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TODD M. HARPER, *et al.*,

    *Plaintiffs*,

v.

SCOTT BESSENT, *et al.*,

    *Defendants*.

Civil Action No. 25-01294 (AHA)

## Order

For the reasons stated in the accompanying memorandum opinion, Plaintiffs' motion for summary judgment, ECF No. 3, is granted, and Defendants' cross motion for summary judgment, ECF No. 11, is denied. Plaintiffs' motion for preliminary injunction, ECF No. 3, and motion for expedition, ECF No. 4, are denied as moot.

The Court declares the terminations of Plaintiffs Todd M. Harper and Tanya F. Otsuka unlawful. Harper and Otsuka remain members of the National Credit Union Administration ("NCUA") Board and may be removed by the President prior to the expiration of their terms only for cause.

The Court further orders that Defendants Scott Bessent, Larry Fazio, Kyle S. Hauptman, and Trent Morse, as well as their subordinates, agents, and employees, are enjoined, during Harper's and Otsuka's terms as members of the NCUA Board, from removing Harper and Otsuka from their offices without cause or in any way treating Harper and Otsuka as having been removed from office, from impeding in any way their ability to fulfill their duties as members of the NCUA Board, and from denying or obstructing their authority or access to any benefits or resources of

their offices. Those defendants and their subordinates, agents, and employees shall provide Harper and Otsuka with access to the necessary government facilities and equipment so that they may carry out their duties during their terms as members of the NCUA Board.

The Clerk of Court is directed to close the case.

_____
AMIR H. ALI
United States District Judge

Date:   July 22, 2025