**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TODD M. HARPER and TANYA F. OTSUKA, | |
| *Plaintiffs*, | |
| *v.* | Civil Action No. 1:25-cv-01294-AHA |
| SCOTT BESSENT, *et al.*, | |
| *Defendants*. | |

## NOTICE OF APPEAL

Please take notice that Defendants hereby appeal to the United States Court of Appeals for the D.C. Circuit from this Court's July 22, 2025 memorandum opinion and order, ECF Nos. 28, 29.

Dated: July 22, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
*Civil Division*

CHRISTOPHER R. HALL
*Assistant Branch Director*

/s/ Elisabeth J. Neylan
Elisabeth J. Neylan
N.Y. Bar Reg. Number 6125736
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

Washington, DC 20530
Telephone: (202) 616-3519
Email: elisabeth.j.neylan@usdoj.gov

*Counsel for Defendants*